No. 264. GUARANTY TRUST CO. *v.* YORK. October 9, 1944. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit granted limited to the

first question presented by the petition for the writ. MR. JUSTICE ROBERTS and MR. JUSTICE DOUGLAS took no part in the consideration or decision of this application. *Messrs. John W. Davis* and *Ralph M. Carson* for petitioner. *Mr. Meyer Abrams* for respondent.